# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| DEMEITRA LASHA SMITH<br>PLAINTIFF | * <br> * <br> * |
| V. | * <br> *    CASE NO. 4:18CV00378 SWW <br> * |
| ANDREW SAUL,<br>COMMISSIONER, SOCIAL<br>SECURITY ADMINISTRATION<br>DEFENDANT | * <br> * <br> * <br> * |

## **ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney [ECF No. 14]. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff's claim is DISMISSED WITH PREJUDICE.

IT IS SO ORDRED THIS 3rd DAY OF MARCH, 2020.

                                                       /s/Susan Webber Wright
                                                     UNITED STATES DISTRICT JUDGE