IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DEMEITRA LASHA SMITH <br> PLAINTIFF | |
| V. | CASE NO. 4:18CV00378 SWW |
| ANDREW SAUL, <br> COMMISSIONER, SOCIAL <br> SECURITY ADMINISTRATION <br> DEFENDANT | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 3rd DAY OF MARCH, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE